**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
NATIONAL UNION FIRE INSURANCE :
COMPANY OF PITTSBURGH, PA.,       :          Civil Action No. _____
:
 Petitioner,   :          **NOTICE OF MOTION TO COMPEL**
:          **ARBITRATION**
 v.            :
:
LANDSCAPE SPECIALISTS, INC.,      :
:
 Respondent.   :
:
------------------------------------------------------------ x

**PLEASE TAKE NOTICE THAT**, upon the Petition to Compel Arbitration, dated May 21, 2019, and the exhibits attached thereto, the Petitioner National Union Fire Insurance Company of Pittsburgh, PA. will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an order pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4, compelling Respondent Landscape Specialists, Inc. to submit to binding arbitration.

Dated: New York, New York  ALSTON & BIRD LLP
        May 21, 2019

By: */s/ Adam J. Kaiser*
Adam J. Kaiser
Joanna H. Schorr
Laura E. Paley
90 Park Avenue
New York, New York 10016
Adam.Kaiser@alston.com
Joanna.Schorr@alston.com
Laura.Paley@alston.com
(212) 210-9400
(212) 210-9444 (fax)

*Attorneys for Petitioner National Union
Fire Insurance Company of Pittsburgh, Pa.*