AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA  *Plaintiff(s)* v. Landscape Specialists, Inc.  *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Landscape Specialists, Inc.
c/o Dirk Gregory Herrmann
15510 Rockfield Blvd C200
Irvine, CA 92618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam J. Kaiser, Esq
Alston & Bird LLP
90 Park Ave
New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/22/2019

/S/ P. NEPTUNE
*Signature of Clerk or Deputy Clerk*

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

        Plaintiff,                          Civil Action No. 19cv4670

   -against-                            AFFIDAVIT OF SERVICE

LANDSCAPE SPECIALISTS, INC.,

        Defendant.
----------------------------------------------------------------X
STATE OF CALIFORNIA  )
                            S.S.:
COUNTY OF ORANGE    )

        **ANDREW SWATZELL**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 28th day of May, 2019, at approximately 2:57pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; PETITION TO COMPEL ARBITRATION; NOTICE OF MOTION TO COMPEL ARBITRATION; CIVIL COVER SHEET; PETITIONER'S RULE 7.1 STATEMENT; AMENDED PETITION TO COMPEL ARBITRATION; AMENDED NOTICE OF MOTION TO COMPEL ARBITRATION; INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS;** and **INDIVIDUAL PRACTICES IN CIVIL CASES OF THE UNITED STATES MAGISTRATE JUDGE SARAH NETBURN** upon **LANDSCAPE SPECIALISTS, INC** at 15510 Rockfield Blvd, C200, Irvine, CA 92618, by personally delivering and leaving the same with **ADRIANNA JAMES**, who informed deponent that she is an Administrative Assistant and is authorized to receive service at that address.

D.L.S., Inc.
101 Broadway
Suite 510
New York, NY 10013
212-925-1220
www.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

**ADRIANNA JAMES** is a tan Hispanic female, approximately 45 years of age, stands approximately 5 feet 5 inches tall, and weighs approximately 150 pounds with brown hair.

_____
**ANDREW SWATZELL**

Sworn to before me this
_____ day of _____, 2019

_____
NOTARY PUBLIC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange
Subscribed and sworn to (or affirmed) before me on this 7th day of June, 2019, by Andrew Swatzell
_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____ (Seal)

COLLEEN DAWN
Notary Public – California
Orange County
Commission # 2186480
My Comm. Expires Apr 9, 2021

.L.S., Inc.
01 Broadway
uite 510
ew York, NY 10013
12-925-1220
ww.dlsnational.com