## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

      Petitioner,

      v.

LANDSCAPE SPECIALISTS, INC.,

      Respondent.

Civil Action No. 1:19-cv-04670-DAB

Hon. Deborah A. Batts

**NOTICE OF CROSS-MOTION TO
COMPEL ARBITRATION, APPOINT
LANDSCAPE'S ARBITRATOR, AND
ENJOIN LANDSCAPE FROM
PROSECUTING ITS ACTION IN
CALIFORNIA**

**ORAL ARGUMENT REQUESTED**

**PLEASE TAKE NOTICE THAT**, upon Petitioner's Memorandum of Law in

Opposition to Respondent's Motion to Dismiss and in Support of Its Cross-Motion to Appoint an

Arbitrator and Enjoin Landscape From Pursuing Its Duplicative California Action dated August

5, 2019, and the Declaration of Adam J. Kaiser and exhibits attached thereto, Plaintiff National

Union Fire Insurance Company of Pittsburgh, PA ("National Union") will move this Court at the

United States Courthouse, 500 Pearl Street, New York, New York, on a date to be determined by

the Court, for an order pursuant to Sections 4 and 5 of the Federal Arbitration Act ("FAA"), 9

U.S.C. §§ 4-5, the agreement between National Union and Landscape Specialists, Inc.

("Landscape") and Fed. R. Civ. P. 65(a), appointing an arbitrator and enjoining Landscape from

pursing its duplicative California action.

Dated: New York, New York
       August 5, 2019

ALSTON & BIRD LLP

By: */s/ Adam J. Kaiser*_____
Adam J. Kaiser
Joanna H. Schorr
Laura E. Paley
90 Park Avenue
New York, New York 10016
Adam.Kaiser@alston.com
Joanna.Schorr@alston.com
Laura.Paley@alston.com
(212) 210-9400
(212) 210-9444 (fax)

*Attorneys for Petitioner National Union
Fire Insurance Company of Pittsburgh, Pa.*